UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
CHARLES CARBONE,

          Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

          Defendants.
---------------------------------------

25-cv-2368 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the defendants' anticipated motion to dismiss on **Friday, June 6, 2025, at 3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           May 29, 2025

                                      John G. Koeltl
                              United States District Judge