UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES CARBONE,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

---

25-cv-2368 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the defendants' motion to dismiss on **Monday, November 10, 2025 at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
           October 21, 2025

                                            John G. Koeltl
                                    United States District Judge