UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CHARLES CARBONE,                              25-cv-2368 (JGK)

              Plaintiff,                     ORDER

    - against -

THE CITY OF NEW YORK, ET AL.,

    Defendants.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **Monday, December 1, 2025.** The parties are further directed to appear by phone for a conference in connection with the Rule 26(f) report on **Monday, December 8, 2025,** at **2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           November 17, 2025

                                         _____
                                            John G. Koeltl
                                       United States District Judge