UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES CARBONE,

                          Plaintiff,                    25-cv-2368 (JGK)

            - against -                                 ORDER

THE CITY OF NEW YORK, ET AL.,
                          Defendants.

---

JOHN G. KOELTL, District Judge:

    The status conference scheduled for December 8, 2025 is

canceled.


SO ORDERED.

Dated:      New York, New York
            December 4, 2025

                                        _____
                                              John G. Koeltl
                                        United States District Judge