**MEMO ENDORSED.**



**STEVEN BANKS**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**BRIGID LYNN**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2481
Email: blynn@law.nyc.gov

April 21, 2026

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Carbone v. The City of New York, et al.</u>
    25-cv-2368

Dear Magistrate Judge Wang,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant the City of New York in the above-referenced action. I write to respectfully request to adjourn the Preliminary Settlement Conference Call from April 23, 2026, to May 14, 2026.

This requested adjournment is necessary because the Department of Transportation has not yet finalized approval of the proposed settlement amount, and because Defendant needs additional time to obtain settlement authority from the Comptroller. Defendant submits that a brief adjournment will facilitate meaningful settlement discussions and promote judicial economy. Plaintiff consents to the requested adjournment. This is Defendant's first request for an adjournment of this conference, and the requested adjournment will not prejudice any party.

I thank the Court for its consideration of this request.

Respectfully submitted,

The conference scheduled on April 23 is **ADJOURNED to Thursday, May 14, 2026 at 3:00 PM.** Parties are directed to call chambers with all parties on the line.

/s/ Brigid Lynn
Brigid Lynn
Assistant Corporation Counsel

**SO ORDERED.**

_____
Ona T. Wang                April 22, 2026
U.S.M.J.